**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00077-CR**
_____

**JUSTIN AUGUSTUS STEPHENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-07-07969-CR**

**MEMORANDUM OPINION**

A jury found Justin Augustus Stephens guilty of evading arrest or detention with a previous conviction and assessed Stephens's punishment at two years of confinement in state jail. Stephens's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

1

On September 7, 2021, we granted an extension of time for Stephens to file a *pro se* brief. Stephens filed a *pro se* response. The Court of Criminal Appeals has held that we need not address the merits of issues raised in an *Anders* brief or *pro se* response. *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Rather, an appellate court may determine: (1) "that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error[;]" or (2) "that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues." *Id.*

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. *See id.* Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on December 21, 2021
Opinion Delivered January 12, 2022
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.

---

[1]Stephens may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.